UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EHLEN FLOOR COVERING, INC.,
et al.,

    Plaintiffs,

vs.

                                        Case No.: 2:07-cv-666-FTM-29DNF

JEFFREY LAMB, et al.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiffs, Ehlen Floor Covering, Inc., et al., ("Plaintiffs") and Defendants, Jeffrey Lamb, et al., ("Defendants"), hereby give notice, pursuant to M.D. Fla. Local Rule 3.08, that the above captioned case has settled, subject to the execution of the settlement agreement to which the parties have already agreed.

## CERTIFICATE OF SERVICE – CM/ECF

    I hereby certify that on February 4, 2013, I electronically filed the foregoing Notice of Settlement with the clerk of court via CM/ECF, which will forward copies of same to counsel of record.

                                        /s/ Dean A. Kent
                                        RICHARD M. HANCHETT
                                        Florida Bar No. 709212
                                        DEAN A. KENT
                                        Florida Bar No. 0307040
                                        JASON H. BARUCH
                                        Florida Bar No. 10280
                                        TRENAM, KEMKER
                                        101 East Kennedy Blvd., Suite 2700
                                        Tampa, FL 33601-1102
                                        Telephone: (813) 223-7474
                                        Facsimile: (813) 229-6553
                                        Attorneys for Plaintiffs